UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MERCEDES LIRIANO, JACINTH SCOTT, DIANE
ROBERTS, and JASMINE DICKSON,
on their own behalf

                                    Plaintiffs,

                        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, and PATRICIA CATANIA,
Jointly and severally

                                   Defendants.
-------------------------------------------------------------------x

**DECLARATION OF SERVICE**

19-CV-11245

      **CHRISTOPHER J. TURPIN** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on December 9, 2019, a true and correct copy of the foregoing **NOTICE OF REMOVAL AND CIVIL COVER SHEET**, dated December 9, 2019, was served upon:

    Mirer, Mazzocchi & Julien, PLLC
    *Attorneys for Plaintiffs Liriano, Scott, Roberts, and Dickson*
    1 Whitehall Street, 16th Floor
    New York, NY 10004

by first class mail directed to same at the above address.

Dated:    New York, New York
            December 9, 2019

                                               /s/
                                               Christopher J. Turpin
                                               Assistant Corporation Counsel
                                               100 Church Street, Room 2-107
                                               New York, New York 10007
                                               Tel.: (212) 356-3177