USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2020

# MIRER MAZZOCCHI & JULIEN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL STREET
SIXTEENTH FLOOR
NEW YORK, NEW YORK 10004

JEANNE MIRER  TELEPHONE:(212) 231-2235  RIA JULIEN
KRISTINA MAZZOCCHI  FACSIMILE: (646) 786-3861

February 6, 2020

*Via ECF*
Hon. Judge Lorna G. Schofield
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED. The initial pretrial conference, scheduled for February 27, 2020, is ADJOURNED to March 12, 2020, at 10:40 a.m.
>
> Dated: February 7, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *Liriano et. al. v. New York City Department of Education et. al.*
19-cv-11245 (LGS)
Letter Motion to Adjourn Preliminary Conference

Dear Hon. Judge Schofield:

Undersigned counsel represents Plaintiffs in the above-captioned action. I submit this letter motion, on consent of Defendant New York City Department of Education, seeking to adjourn the Preliminary Conference scheduled for February 27, 2020 (Dkt.6) and discovery deadlines attendant to such appearance, including the FRCP 26(f) conference required by today.

This matter was initiated in Bronx Supreme Court by Summons and Notice and removed to federal court by Defendant New York City Department of Education. Plaintiffs shall be filing and serving a Complaint on all Defendants tomorrow and request that the February 27, 2020 Conference to adjourned by two weeks, to the week of March 9, 2020, to allow Defendants time to answer before the conference, and to allow the parties to timely engage in discovery as required by the federal rules and You Honor's Order of January 10, 2020 (Dkt. 6).

The only dates affected by such adjournment are the FRCP 26(f) conference, and other dependent on the conference. This is Plaintiff's first request for adjournment.

We thank the Court for its attention to this matter.

Respectfully submitted,

Ria Julien

RJ/kl