Application GRANTED. The initial pretrial conference, scheduled for March 12, 2020 at 2:50 p.m., is ADJOURNED to **March 12, 2020, at 3:45 p.m.**

Dated: March 11, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/11/2020

March 10, 2020

**Via ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street, Room 1106
New York, NY 10007

        Re:  Mercedes Liriano, et al. v. New York City Department of Education, et ano.
             Civil Action No.: 19-Civ.-11245 (LGS)(SLC)
             Law Dept. No.: 2019-058438

Dear Judge Schofield:

        I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendant Board of Education of the City School District of the City of New York operating as the New York City Department of Education (DOE) in the above-referenced action.

        I write to request an adjournment of the Initial Conference until 3:45pm on March 12, 2020. At present, the Initial Conference is scheduled for March 12, 2020 at 2:50pm. This Conference was scheduled for March 12, 2020, at 10:40am, but was adjourned on March 10, 2020, to a telephonic conference. I request this adjournment in order to accommodate a previously scheduled Court Appearance.

        This is the second request for an adjournment of the Initial Conference after the Court granted Plaintiffs' request for an adjournment to file and serve a Complaint. Plaintiffs do not object to the instant request.

                                    Respectfully submitted,
                                    /s/
                                  Christopher J. Turpin
                                  Assistant Corporation Counsel

        **BY ECF**
cc:    Magistrate Judge Sarah L. Cave
       Mirer Mazzocchi & Julien, PLLC
       *Attorneys for Plaintiff*