

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 Church Street<br>NEW YORK, NY  10007 | CHRISTOPHER J. TURPIN<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-3177<br>Fax: (212) 356-2439<br>email: cturpin@law.nyc.gov |
|---|---|---|

June 23, 2020

<u>Via ECF</u>
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

     Re: <u>Mercedes Liriano, et al. v. New York City Department of Education, et al.</u>
       Civil Action No.:  19-Civ.-11245 (LGS)(SLC)
       Law Dept. No.:  2019-078755

Dear Judge Cave,

  I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants Patricia Catania and the Board of Education of the City School District of the City of New York operating as the New York City Department of Education ("DOE") (collectively "Defendants"), assigned to the above-referenced case.

  I write to request an adjournment of the settlement conference scheduled for July 9, 2020, at 2:00pm.  Defendants request that conference be adjourned to August 4, 5, 6, or 7, 2020.  Defendants request this adjournment in order to obtain additional documentation and information to further facilitate productive settlement discussions.  All parties consent to this request.  This is the first request for an adjournment of the settlement conference.

  We appreciate the Court's attention to this matter.

               Very truly yours,
               /s/
               Christopher J. Turpin
               Assistant Corporation Counsel

**BY ECF**
cc: Judge Lorna G. Schofield
   Mirer Mazzocchi & Julien, PLLC
   *Attorneys for Plaintiffs*

---

Defendants' Letter-Motion to adjourn the Settlement Conference (ECF No. 54) is GRANTED.  The Settlement Conference is adjourned to **Thursday, August 6, 2020, at 2:00 pm** with settlement submissions due by **Friday, July 31, 2020**.  The Clerk of Court is respectfully directed to close ECF No. 54.

SO-ORDERED 6/24/2020

/s/ Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge