# MIRER MAZZOCCHI & JULIEN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL STREET
SIXTEENTH FLOOR
NEW YORK, NEW YORK 10004

JEANNE MIRER
KRISTINA MAZZOCCHI

TELEPHONE:(212) 231-2235
FACSIMILE: (646) 786-3861

RIA JULIEN

July 28, 2020

> The parties' joint Letter-Motion (ECF No. 60) is GRANTED. The parties' Settlement Conference is adjourned to **Thursday, September 17, 2020 at 10:00 am, with submissions due by Friday, September 11, 2020**. The Clerk of Court is respectfully directed to close ECF No. 60.
>
> SO-ORDERED 7/29/2020
>
> SARAH L. CAVE
> United States Magistrate Judge

<u>*Via ECF*</u>
Hon. Judge Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Liriano et. al. v. New York City Department of Education et. al.
19-cv-11245 (LGS)(SLC)
Joint Letter Motion to Adjourn Settlement Conference

Dear Hon. Judge Cave:

This office represents the Plaintiffs in the above referenced matter. By this letter motion the parties jointly request to adjourn the settlement conference presently scheduled for August 6, 2020. In light of the issuance of a new Civil Case Management Plan by Judge Schofield, Plaintiffs would like the opportunity to receive and review as much of Defendants' discovery as possible prior to mediation.

On July 27, 2020, Plaintiffs produced their discovery in full. On Friday, July 24, 2020 Plaintiffs received a third production from Defendants and Plaintiffs anticipate continuing production from Defendants on a rolling basis over the next two months until the October 1, 2020 deadline. The additional time requested shall provide both parties the requisite time to fully evaluate the claims and such time shall increase the likelihood of resolving this matter at mediation.

This is the parties' first request for adjournment of the mediation. The parties are available on September 17 at 10am and on September 29 and 30, 2020. In order to facilitate a productive mediation, Plaintiffs intend to provide Defendants with a written settlement demand on or before August 7, 2020.

We thank the Court for its attention to this matter.

Respectfully submitted,

_____/s/_____
Ria Julien

RJ/pb
cc:cturpin@law.nyc.gov