

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY  10007

**CHRISTOPHER J. TURPIN**
*Assistant Corporation Counsel*
Telephone: (212) 356-3177
Fax: (212) 356-2439
email: cturpin@law.nyc.gov

September 8, 2020

**Via ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

>   Re:   Mercedes Liriano, et al. v. New York City Department of Education, et al.
>         Civil Action No.:  19-Civ.-11245 (LGS)(SLC)
>         Law Dept. No.:  2019-078755

Dear Judge Cave,

   I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants Patricia Catania and the Board of Education of the City School District of the City of New York operating as the New York City Department of Education ("DOE") (collectively "Defendants"), assigned to the above-referenced case.

   I write to request an adjournment of the settlement conference scheduled for September 17, 2020, at 10:00am.  Defendants request that conference be adjourned to October 13, 14, or 15 for either a morning or afternoon conference.  The requested adjournment would permit the parties to further engage in settlement negotiations before availing themselves of the mediation process.  It is the hope of the parties that such preliminary negotiations will result in more fruitful mediation.  To that end, Defendants intend to submit their initial settlement offer to Plaintiffs on or before September 18, 2020.

All parties consent to this request. Although this is the third request for an adjournment of the settlement conference, the parties do not anticipate any further need to adjourn this conference.

We appreciate the Court's attention to this matter.

Very truly yours,
/s/
Christopher J. Turpin
Assistant Corporation Counsel

**BY ECF**
cc: Judge Lorna G. Schofield
Mirer Mazzocchi & Julien, PLLC
*Attorneys for Plaintiffs*

---

The parties' joint Letter-Motion (ECF No. 63) is GRANTED IN PART AND DENIED IN PART. The parties' Settlement Conference is adjourned to **Monday, October 26, 2020, at 10:00 am, with submissions due by Tuesday, October 20, 2020**. The Clerk of Court is respectfully directed to close ECF No. 63.

SO-ORDERED 9/8/2020

SARAH L. CAVE
United States Magistrate Judge