UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCEDES LIRIANO, et al.,

                Plaintiffs,

against

NEW YORK CITY DEPARTMENT OF EDUCATION
and PATRICIA CATANIA, jointly and severally,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 11245 (LGS) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiffs' Letter-Motion (ECF No. 69) to adjourn sine die the Settlement Conference scheduled for Monday, October 26, 2020 at 10:00 am in GRANTED IN PART AND DENIED IN PART. The Settlement Conference is CONVERTED to a Telephone Status Conference on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 69 and to calendar the conference as a Settlement Conference even though it will take place by phone.

Dated:      New York, New York
              October 19, 2020

                                          SO ORDERED

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**