# MIRER MAZZOCCHI & JULIEN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL STREET
SIXTEENTH FLOOR
NEW YORK, NEW YORK 10004

| JEANNE MIRER | TELEPHONE:(212) 231-2235 | RIA JULIEN |
|---|---|---|
| KRISTINA MAZZOCCHI | FACSIMILE: (646) 786-3861 | |

20 January 2021

**_Via_ ECF**
Honorable Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *Liriano, et al. v. NYC DOE et al.***
19-Civ.-11245 (LGS)(SLC)
Letter Motion Seeking Rescheduling Time of Status Conference

Dear Hon. Magistrate Judge Cave:

By this letter Plaintiffs with consent of Defendants request that the Court move the time of the status conference in the above captioned case currently scheduled for February 3, 2021 at 12 pm, to 2:30 pm February 3, 2021. This request is made to address a conflict Plaintiffs' counsel have earlier. We have confirmed with your clerk and the Defendants that this time is available for both. We therefore hope this request will be granted and the status conference will be rescheduled to 2:30 pm on February 3, 2021.

Thank you for your attention to this matter.

Respectfully submitted,

_____/s/_____
Ria Julien
*Attorney for Plaintiffs*

---

Plaintiffs' letter-motion requesting an adjournment of the February 3, 2021 conference before the undersigned from 12:00 pm until **2:30 pm** (ECF No. 90) is GRANTED. The parties are directed to call (866) 390-1828; access code: 380-9799 at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 90.

SO-ORDERED 1/20/2021

SARAH L. CAVE
United States Magistrate Judge