UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCEDES LIRIANO, et al.,<br><br>                    Plaintiffs,<br><br>     -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION<br>and PATRICIA CATANIA, jointly and severally,<br><br>                    Defendants. | CIVIL ACTION NO.: 19 Civ. 11245 (LGS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

Before the Court are letter-motions concerning Plaintiffs' request to file a Second Amended Complaint ("SAC") (ECF Nos. 87–88, 92–93), Plaintiffs' request to file in unredacted form as an exhibit to the SAC a document designated Confidential pursuant to the parties' Protective Order (ECF No. 86), Defendants' request for a discovery extension (ECF Nos. 79, 85) and the parties' discovery status letter (ECF No. 75). Pursuant to the discovery conference held today, February 3, 2021, the Court orders as follows:

1. Plaintiffs' letter-motions for leave to file a SAC (ECF Nos. 87–88) are GRANTED. Plaintiffs shall file the SAC by **Friday, February 19, 2021**. Defendants shall answer, move or otherwise respond to the SAC by **Monday, March 22, 2021**.

2. Plaintiffs' letter-motion (ECF No. 86) to file on ECF in unredacted form as an exhibit to the SAC a document (ECF No. 88-2) designated Confidential pursuant to the parties' Protective Order is GRANTED without opposition by Defendants. (See ECF No. 92 at 1).

3. Defendants shall inform counsel for Plaintiffs of:

    a. The number of unsubstantiated complaints regarding allegations of discrimination and wrongdoing by Defendant Patricia Catania;

  b. The number, and description of, personal electronic devices and personal email accounts and social media accounts used by Defendant Catania (responsive to Document Request No. 124).

4. After Defendants have provided to Plaintiffs the information in 3(a)–(b) above, the parties shall meet and confer concerning the manner in which the search of Defendant Catania's personal email and social media accounts and devices for discoverable communications and documents.

  a. In the event that the parties cannot agree to a proposal, they may each submit a proposal (of not more than three pages) to the Court by **Friday, February 19, 2021**.

5. Defendants shall continue their ongoing production of electronic discovery, which Defendants' counsel estimated should be produced to Plaintiffs by **Friday, February 12, 2021.**

6. Following the assignment of new Defendants' counsel, new counsel for Defendants shall promptly file a Notice of Appearance.

7. In light of Plaintiffs' filing of a SAC, and the other outstanding discovery matters identified above and discussed at today's conference, the Court will extend the discovery deadline in this action. The parties shall meet and confer concerning an appropriate discovery schedule to be discussed at the next conference.

The Court will hold a telephone conference on **Wednesday, February 24, 2021, at 10:00 am** on the Court's conference line. The parties should be prepared to discuss the matters above. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF Nos. 79, and 86–88.

Dated: New York, New York
February 3, 2021

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

3