UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCEDES LIRIANO, et al.,<br><br>                    Plaintiffs,<br><br>   -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION<br>and PATRICIA CATANIA, jointly and severally,<br><br>                    Defendants. | CIVIL ACTION NO.: 19 Civ. 11245 (LGS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

Before the Court are Defendants' letter-motion requesting to withdraw from representing individual Defendant Patricia Catania ("Motion to Withdraw" (ECF No. 98)) and Plaintiffs' letter-motion requesting an extension of the deadline to submit a proposed ESI Protocol ("Plaintiff's ESI Motion" (ECF No. 100)).  The Court ORDERS as follows:

1. By **Wednesday, February 24, 2021**, Defendants may file under seal a further submission (including exhibits of no more than ten pages) in support of their Motion to Withdraw (the "Supplemental Submission") in accordance with the Court's Individual Rules of Practice and the Southern District of New York's Local Civil Rules. Defendants shall also email a password-protected PDF file or folder containing the Supplemental Submission to Chambers at cave_NYSDChambers@nysd.uscourts.gov.

    a. To the extent Defendants' Supplemental Submission is based on information known to, and documents provided to Plaintiffs, Defendants shall provide a copy of the Supplemental Submission to Plaintiffs.

2. Plaintiff's ESI Motion is GRANTED IN PART AND DENIED IN PART.  The deadline to submit the proposed ESI Protocol is ADJOURNED <u>sine die</u>, to be determined following resolution of the Motion to Withdraw.

3. The upcoming Discovery Telephone Conference is ADJOURNED from Wednesday, February 24, 2021 until **Friday, March 5, 2021 at 11:00 am** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 100.

Dated:    New York, New York
          February 22, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**