UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCEDES LIRIANO, et al.,

                 Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION
and PATRICIA CATANIA, jointly and severally,

                 Defendants.

CIVIL ACTION NO.: 19 Civ. 11245 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the discovery conference held today, March 5, 2021, the Court orders as follows:

1. Defendant New York City Department of Education ("DOE") shall promptly provide Plaintiffs with high-level information as described by the Court concerning the timing and status of preservation of and collection of information from computers and electronic devices used by Defendant Patricia Catania including in any personal capacity ("Devices") responsive to Plaintiffs' Interrogatories Nos. 21–22. (See ECF No. 100 at 2 fn. 1.)

2. The Court has taken Defendant DOE's Motion to Withdraw from representing Defendant Catania (ECF No. 98) under consideration and will issue a written Order in due course.

3. Following the ruling on the Motion to Withdraw, the Court will direct the parties to meet and confer and submit a proposal concerning amended deadlines for Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint (ECF No. 99), submission of an ESI protocol, and the remainder of fact discovery.

Dated:      New York, New York
              March 5, 2021

SO ORDERED

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**