UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERCEDES LIRIANO, et al.,                       :
                      Plaintiffs,      :
                                         :
          -against-                       :       19 Civ. 11245 (LGS)
                                         :
                                         :       <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF         :
EDUCATION, et al.,                                   :
                      Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Second Amended Civil Case Management Plan and Scheduling Order a pre-motion conference is scheduled for March 11, 2021. Dkt. No. 68.

       WHEREAS, on February 19, 2021, Defendant's counsel Natalie S. Marcus filed a motion to withdraw (Dkt. No. 98), which was referred to Judge Cave (Dkt. Nos. 77 and 105).

       WHEREAS, on February 19, 2021, Plaintiff filed the Second Amended Complaint (Dkt. No. 99), and on March 5, 2021, Judge Cave issued an Order directing the parties to meet and confer and submit a proposal concerning amended deadlines for Defendants to answer or otherwise respond to the Second Amended Complaint, following resolution of the motion to withdraw (Dkt. No. 112). It is hereby

       **ORDERED** that the March 11, 2021, pre-motion conference is **ADJOURNED** *sine die*.

Dated: March 10, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                     **UNITED STATES DISTRICT JUDGE**