UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCEDES LIRIANO, et al.,

                Plaintiffs,

-v-                                      CIVIL ACTION NO.: 19 Civ. 11245 (LGS) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION      **ORDER**
and PATRICIA CATANIA, jointly and severally,

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On March 11, 2021, the Court issued an order (the "Order") granting Defendant New York City Department of Education's ("DOE") Motion to Withdraw (ECF No. 98). The Order is temporarily under seal (see ECF No. 114), and pursuant to the Order, Defendants DOE and Patricia Catania (collectively, "Defendants") shall submit proposed redactions to the Order by March 18, 2021. After considering Defendants' proposed redactions, the Court will issue a public version of the Order in due course.

Pursuant to the Order, Defendant Catania shall appear by new counsel by April 12, 2021. Accordingly, by **Monday, April 26, 2021**, the parties shall meet and confer and submit a proposal concerning amended deadlines for Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint (ECF No. 99), for submission of an ESI proposal, and for the remainder of fact discovery. (See ECF No. 112).

Dated:      New York, New York
              March 12, 2021

                                                    SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2