UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCEDES LIRIANO, et al.,

                Plaintiffs,

-v-                                    CIVIL ACTION NO.: 19 Civ. 11245 (LGS) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION       **ORDER**
and PATRICIA CATANIA, jointly and severally,

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On March 11, 2021, the Court issued an order (the "Order") granting Defendant New York City Department of Education's ("DOE") Motion to Withdraw (ECF No. 98). The Order is temporarily under seal (see ECF No. 114), and pursuant to the Order, Defendants DOE and Patricia Catania (collectively, "Defendants") submitted proposed redactions to the Order. (ECF No. 116). Defendant Catania indicated that she planned to file objections to the Order (see ECF No. 117) and accordingly the Honorable Lorna G. Schofield has set a schedule for the filing of objections (which are to be filed under seal). (ECF No. 118).

Presently before the Court is Defendant Catania's letter-motion requesting the permanent sealing of: (i) the Order; and (ii) the parties' submissions concerning the Order ("Submissions"). ("Catania's Permanent Sealing Application" (ECF No. 119)). Catania's Permanent Sealing Application is DENIED WITHOUT PREJUDICE. The Court's Order and the Submissions will remain under seal until Judge Schofield's ruling concerning the anticipated objections to the Order, at which time the Court will revisit the sealing status of the Order and Submissions.

The Clerk of Court is respectfully directed to close ECF No. 119.

2

Dated: New York, New York
March 25, 2021

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

2