UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERCEDES LIRIANO, et al., :
                Plaintiffs, :
 :
     -against- : 19 Civ. 11245 (LGS)
 :
 : ORDER
NEW YORK CITY DEPARTMENT OF :
EDUCATION, et al., :
                Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 14, 2021, the Court issued an Opinion overruling Defendant Patricia Catania's objections to Magistrate Judge Sarah L. Cave's Order granting Defendant New York City Department of Education's ("DOE") motion to withdraw (Dkt. No. 114).

WHEREAS, the Court's April 14, 2021, Opinion is temporarily filed under seal. It is hereby

**ORDERED** that, by **April 21, 2021**, Defendants DOE and Ms. Catania shall submit any proposed redactions to the Opinion. After considering Defendants' proposed redactions, the Court will issue a public version of the Opinion in due course.

Dated: April 14, 2021
       New York, New York

                                       LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE