JEANNE MIRER
KRISTINA MAZZOCCHI

> Plaintiffs' letter-motion requesting an adjournment of the upcoming Discovery Conference (the "Letter-Motion" (ECF No. 175)) is DENIED.
>
> Defendant Catania's counsel represents that he will be unable to attend at the time requested by Plaintiffs' counsel (ECF No. 176), and Plaintiffs' counsel have stated that at least one of Plaintiffs' attorneys will be able to attend the Discovery Conference at the scheduled time. Accordingly, the Discovery Conference will proceed on **Thursday, July 29, 2021 at 10:00 am in-person in Courtroom 18A, 500 Pearl Street, New York, New York**.
>
> The Clerk of Court is respectfully directed to close ECF No. 175.
>
> SO ORDERED 7/27/2021

/s/ Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge

*Via* **ECF**
Honorable Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                                    Re: *Liriano, et al. v. NYC DOE et al.*
                                    19-Civ.-11245 (LGS)(SLC)
                                    Conference Adjournment

Dear Judge Cave:

By this letter Plaintiffs request the time of the hearing on July 29, 2021 be adjourned from 10 a.m. to 4:00 p.m, at which time we understand the Court is available. Plaintiffs' counsel have a court mandated Mediation in the Case of *Capece v City of New York*, (Index No. 156035/2018) beginning at 9:30 a.m. and do not know how long it will last but we know it will conflict with an in-person discovery conference at 10 a.m. Plaintiffs sought consent of Defendants earlier today. Defendant Catania does not consent. We thank the Court for any accommodation.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Jeanne Mirer  Ria Julien
                                                *Attorneys for Plaintiffs*