UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCEDES LIRIANO, et al.,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION
and PATRICIA CATANIA, jointly and severally,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 11245 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the status conference held today, August 13, 2021, the Court orders as follows:

1. By separate Order the Court will set forth the ESI Protocol Between Plaintiffs and Defendant Catania (the "Catania ESI Protocol"). The Catania ESI Protocol is adopted subject to amendment by, and without prejudice to, any Court ruling concerning Defendant Catania's anticipated motion for a protective order concerning the search of her personal Gmail account and two Samsung telephones (see ECF No. 186).

2. The parties shall promptly meet and confer concerning the remaining discovery deadlines, particularly the deadlines for the completion of fact and expert discovery (the "Remaining Discovery Deadlines"). By **Friday, August 27, 2021**, the parties shall file a joint proposal concerning the Remaining Discovery Deadlines. In the event the parties are unable to agree, they may separately set forth their proposals for the Remaining

Discovery Deadlines within a <u>single submission</u> to the Court.   The submission shall be no longer than three pages.

Dated:     New York, New York
           August 13, 2021

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge

2