# MIRER MAZZOCCHI & JULIEN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL STREET
SIXTEENTH FLOOR
NEW YORK, NEW YORK 10004

JEANNE MIRER                        TELEPHONE:(212) 231-2235                        RIA JULIEN
KRISTINA MAZZOCCHI                FACSIMILE: (646) 786-3861

August 20, 2021

*Via ECF*
Hon. Magistrate Judge Sarah L. Cave
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Liriano, et al. v. NYC DOE et al.* 19-Civ.-11245 (LGS)(SLC)
Letter Motion to File Documents Under Seal

Plaintiffs in the above captioned case seek the Court's permission to file documents under seal via ECF in accordance with the Court's Standing Order 19-mc-583.

We thank the court for its attention to this matter.

Respectfully submitted,

_____/s/_____

Jeanne Mirer and Ria Julien

---

Plaintiffs' letter-motion requesting to file a confidential document under seal (ECF No. 191) is GRANTED.

ECF No. 192 shall remain as visible only to the case participants and the Court.

The Clerk of Court is respectfully directed to close ECF No. 191.

SO ORDERED 8/23/2021

SARAH L. CAVE
United States Magistrate Judge