UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCEDES LIRIANO, et al.,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION
and PATRICIA CATANIA, jointly and severally,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 11245 (LGS) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Telephone Conference scheduled for today, September 29, 2021 at 3:00 pm (ECF No. 210) is ADJOURNED sine die.  By **Wednesday, October 13, 2021,** the parties shall meet and confer to schedule a date for mediation and file a joint letter advising the Court of the scheduled date.

The Court will hold Defendant Patricia Catania's motion for a protective order (ECF No. 189) in abeyance pending notification of the mediation date.

The Clerk of Court is respectfully directed to close ECF No. 215.

Dated:      New York, New York
              September 29, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**